AO 83 (Rev. 12/85) Summons in a Criminal Case
========================================================================

# United States District Court

WESTERN DISTRICT OF NORTH CAROLINA
_____

UNITED STATES OF AMERICA
          v.

**SUMMONS IN A CRIMINAL CASE**

CASE NUMBER: 3:06CR170

JUSTIN EMCH
c/o Atty. Stewart Riley
800 Fifth Avenue, Suite 4000
Seattle, WA 98104

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | United States Federal Courthouse<br>401 West Trade Street<br>Charlotte, North Carolina 28202 | Room | **1st floor**<br>**Magistrate Courtroom** |
|---|---|---|---|
| Before: | UNITED STATES MAGISTRATE JUDGE | Date and Time | **9:30 am**<br>7/21/06 |

**NOTE:** CONTACT THE U. S. PROBATION PRE-TRIAL OFFICE (704/350-7671) **IMMEDIATELY** UPON SERVICE OF THIS SUMMONS.

To answer a(n)

[x] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice

[ ] Probation Violation Petition

Charging you with Title __18__ United States Code, Section(s) __371, 2319__

Brief description of offense

did knowingly and willfully conspire, for purposes of private financial gain, to infringe a copyright by the reproduction and distribution, during a 180-day period, of at least 10 copies of one or more copyrighted works which have a retail value of more than $2,500.

_____    6/28/06    AT CHARLOTTE, NC
Signature of Issuing Officer                            Date

FRANK G. JOHNS, Clerk of Court
Name and Title of Issuing Officer

AO 83 (Rev. 12/85) Summons in a Criminal Case

**RETURN OF SERVICE**

| Service was made by me on: | Date |
|---|---|

Check one box below to indicate appropriate method of service

[ ] Served personally upon the defendant at: _____

[ ] Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:
_____

[ ] Returned unexecuted: _____
_____
_____
_____

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.


Returned on _____          _____
                Date                          Name of United States Marshal

                                              _____
                                              (by)Deputy United States Marshal

Remarks:

1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.