UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 3:06CR170 |
| | ) | |
| Plaintiff, | ) | **MEMORANDUM IN AID OF** |
| | ) | **SENTENCING** |
| vs. | ) | |
| | ) | |
| JUSTIN EMCH, | ) | |
| | ) | |
| Defendant. | ) | |

_____

The Defendant, Justin Emch by counsel, hereby submits 8 letters in support of his previously filed variance motion.  These letters, which are attached and incorporated by reference, are authored by the following individuals:

  1)  Ms. April Dickinson, case manager for Seattle law firm;

  2)  Ms. Holly Dixon, medical examiner for National Board of Medical Examiners;

  3)  Ms. Charissa Chin, friend;

  4)  Mr. Joe Blondin, business manager for Microsoft Corporation;

  5)  Ms. Sheri Chin, friend;

  6)  Mr. Thomas Vetrovsky, Vice President of Architecture & Engineering at Enterprise Mobile;

  7)  Mr. Steve Dickinson, law partner at Harris & Moure, PLLC;

  8)  Ms. Lucie Vetrovsky, student at Bellevue Community College.

This the 17th day of October, 2007.

**_s/John J. Cacheris**_____
John J. Cacheris
N.C. Bar No. 20885
Law Office of John J. Cacheris, P.C.
P.O. Box 78456
Charlotte, NC 28271
T: 704 841-1730
F: 704 841-1742
e-mail: johnc@cacherislaw.com
*Attorney for Defendant*

2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been served via electronic mail.

This the 17th day of October, 2007.

_s/John J. Cacheris___
John J. Cacheris

SERVED ON:

Corbin Weiss
U.S. Department of Justice, CCIPS
1301 New York Ave., N.W.
Suite 600
Washington, DC 20005
202/ 514-1564
Fax: 202/ 305-1744
 corbin.weiss@usdoj.gov

Richard Green
U.S. Department of Justice, CCIPS
1301 New York Ave., N.W.
Suite 600
Washington, DC 20530
202/ 616-3475
Richard.green@usdoj.gov

Corey Frazier Ellis
U. S. Courthouse
100 Otis Street
Suite 233
Asheville, NC 28801
828/271-4661
Fax: 828/271-4670
Email: corey.ellis@usdoj.gov