October 8, 2007

To Whom It May Concern:

I am writing on behalf of Justin Emch. I have known Justin since I was 10 years old. He was always outgoing and well liked. I did not begin to know him on a personal level until we started dating in June of 1999. When we started dating, I learned that he was more than a popular soccer team captain; he was a wonderful, thoughtful highly intelligent person. In the beginning, he was the typical teenage boy: he had a part-time job at a law firm and spent most of his free time concerned with where the next party was. Although a great deal of his time was spent in this pursuit, he was quietly would slip off to the library to study for the Microsoft Certified Software Engineer certifications, which entailed reading 4-inch thick training manuals. To my knowledge, he is mostly self-taught- in a world of college educated people- his genius for all things computer related is staggering.

This quiet determination has carried him far. He started his career at Software Spectrum at the help desk. His ability to reason out the most obscure problems lead to his promotion, and eventually, a job with Microsoft help desk. This eventually turned into his job as the manager for Microsoft mobility division, at the young age of 24. His strong work ethic, as well as his gift for solving any problem that arises has brought him to where he is today: a highly respected professional who is well-known for his ability to get the job done.

Although we ended our relationship in 2003, we have remained friends. I cannot begin to describe how proud I am of him and all of his accomplishments. He has come so far as an individual since I met him.

The decision that you are making today is a serious one. I know that what he did was wrong, however, I truly believe that it was a folly of youth. In a time when acquiring movies and music illegally is commonplace, I believe that he simply fell into what seemed that everyone else was doing. Justin is a highly intelligent individual, I know that he learns from his mistakes, and chooses not to repeat them- whether we are discussing the matter at hand, or any other area of life.

Justin has a bright future, one that has much to offer our society. He has always been willing to help those around him. No matter what our relationship, he has always taken the time to help me, whether it was to rescue me after fender-benders or to help me figure out why my computer won't print, he's there. His helpful nature combined with his gifts should be put to use. To throw such a gifted person away would be a crime. I think that it would be highly beneficial for all involved if he were to serve the community by educating others on the seriousness of this crime. He is young enough to identify with the majority of people who perpetrate this crime, I think that he would be a wonderful educator. I feel strongly that this situation can become positive, rather than just another loss of a bright future because of a youthful mistake.

Sincerely,

Charissa A. Chin