Sheri Chin
13655 E Bridges Road
Elk, Washington 99009

October 6, 2007

To Whom It May Concern:

I am writing this unsolicited letter in regard to Justin Emch. I have known Justin since 1999. He was my daughter's boy friend for four years.

Justin is a good, kind person. I know that he made a serious error of judgment but I do believe it was without any illicit intent. I know that he will never participate in that activity ever again. I believe that he has learned the gravity of such activity.

I also believe that a lot of young people make stupid mistakes. I know that doesn't erase the mistake but helps us put it into perspective. Justin Emch is a very gifted young man. He has learned about the business end of technology from his employment at Microsoft and I believe that he will contribute greatly to our society in the future.

It is my fervent hope that his case will be viewed as more than an example. I know he has been punished already by going through this process. I know that Justin has been thinking deeply about this and its potential consequences and has had a lot of sleepless nights mulling over all the possible outcomes. I know he is not taking any of this lightly. I know that we need to guard against this kind of activity but it has become so commonplace in our society that that is where young people, like Justin, end up making the mistake because the number of participants makes it seem like it is ok. He knows better now.

When my generation was young, our society expected us to make stupid mistakes. Now it seems like we are ready to ruin a young person's life at the drop of a hat. Please, do not do that now. Give Justin the chance to be all that he can be. Give him the chance to use his gifts to help society. We need our gifted young people now more than ever.

Sincerely,


Sheri L Chin