

# Harris & Moure PLLC

720 Olive Way, Suite 1000
Seattle, WA 98101

Tel (206) 224-5657
Fax (206) 224-5659

www.harrismoure.com
firm@harrismoure.com

October 9, 2007

Re: Justin Emch

To Whom it May Concern:

My name is Steven M. Dickinson. I am a partner at the Harris Moure law firm in Seattle Washington. I have practiced law since 1984. My area of practice is in international business law. Much of my practice concerns intellectual property law with a concentration on trademark and copyright. My current practice centers on these issues related to China and the remainder of the Far East.

I have know Justin Emch for approximately five years. In that time I have come to know him well. Justin has many positive personality traits unusual in a young person. He is very hard working and takes responsibility seriously. He has risen to a high position at Microsoft. In addition to his obvious technical skills, this position requires him to be both diligent and responsible. Microsoft describes his position within the firm as follows:

> Justin Emch is program manager of worldwide standards for Windows Mobile powered devices and mobile application integration. He is responsible for production strategy, in addition to leading Windows Mobile internal beta programs. Justin has substantially influenced the feature expansion, quality effort, security elements, and defect reduction of the Windows Mobile software in the three most recent critical product cycles.

I have used Justin to work on IT needs for other business ventures with which I am involved. In that setting I have found him to be both capable and extremely responsible. Again, in my experience, Justin shows strong character traits in this regard that are unusual for a person of his age. He obviously has both the potential and attitude to contribute much to society.

On a personal level, I have found Justin to be a conscientious and caring person. As a family, we have needed Justin's assistance at various times. Justin has always been available to help and has done so both responsibly and with good cheer. It has been a great comfort to have him as a friend of the family.

With respect to the current legal situation, it seems that the best thing to do would be to make use of Justin's obvious technical skills and his clear remorse at his conduct to the benefit of society. This would involve 1) use of his skills to develop programs to prevent online piracy and 2) involvement in education programs to educate others on the reasons for IP laws and the need to comply with the anti-piracy provisions of the law. It is in the second area that I see the most potential benefit. I work extensively in IP education in both the U.S. and China. I find with young people a complete lack of understanding of